## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | §   CRIMINAL CASE NO. 3:16-CR-240-B |
| | § |
| LOVETH ISIDAEHOMEN (04) | § |
| DEFENDANT. | § |

### RECOMMENDATION REGARDING MOTION TO PROCEED
### IN FORMA PAUPERIS ON APPEAL

Before the Court is Defendant's motion to proceed *in forma pauperis* on appeal filed March 12, 2021, Doc. 494, which was referred to the undersigned United States magistrate judge, Doc. 495. Defendant appeals from the January 25, 2021 order denying her motion for reconsideration of the motion to reduce sentence and for compassionate release. Doc. 492. However, for the reasons stated in the January 25, 2021 order, the appeal presents no legal points of arguable merit and is therefore frivolous. As such, the Court should deny the motion to proceed *in forma pauperis* on appeal and certify, pursuant to FED. R. APP. P. 24(a) and 28 U.S.C. § 1915(a)(3), that the appeal is not taken in good faith.

*Although this appeal should be certified as not taken in good faith under 28 U.S.C. § 1915(a)(3) and FED. R. APP. P. 24(a)(3), the defendant may challenge this finding by filing a separate motion to proceed in forma pauperis on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of the District Court's order adopting this recommendation.*

**SO RECOMMENDED** on March 24, 2021.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE