IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | USDC 3:16-CR-240-B-04 |
| | § | USCA No. 21-10224 |
| LOVETH ISIDAEHOMEN, #56683-177, | § | |
| Defendant. | § | |

## ORDER REGARDING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

Before the Court are Defendant's notice of appeal and motion for leave to proceed *in forma pauperis* on appeal from the January 25, 2021 order denying her motion for reconsideration of motion to reduce sentence and for compassionate release.

Considering the record in this case and the recommendation of the United States Magistrate Judge, the Court hereby finds and orders:

( )  The motion for leave to proceed *in forma pauperis* on appeal is GRANTED.  28 U.S.C. § 1915.

(X)  The motion for leave to proceed *in forma pauperis* on appeal (Doc. 494) is DENIED for the following reasons:
  ( )  The defendant/movant is not a pauper.

  (X)  Pursuant to 28 U.S.C. § 1915(a)(3) and FED. R. APP. P. 24(a)(3), the court certifies that the appeal is not taken in good faith.  In support of this finding, the court adopts and incorporates by reference the order filed on January 25, 2021, denying the motion for reconsideration of motion to reduce sentence.  Based on the above order, the Court finds that the appeal presents no legal points of arguable merit and is therefore frivolous.

  *Although this court has certified that the appeal is not taken in good faith under 28 U.S.C. § 1915(a)(3) and FED. R. APP. P. 24(a)(3), the defendant may challenge this finding by filing a separate motion to proceed in forma pauperis on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order.*

SO ORDERED this 5th day of April, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE